CORNETT *v.* SALVATION ARMY.

BECK, J. 1. In view of the entire record, it can not be said that the jury were unauthorized, under the evidence and the inferences which it was allowable for them to draw therefrom, to return the verdict rendered.

2. The special assignments of error were without merit.

*Judgment affirmed. All the Justices concur.*

OCTOBER 20, 1916.

Complaint. Before Judge Thomas. Gwinnett superior court. December 18, 1915.

*M. D. Irwin,* for plaintiff in error.    *O. A. Nix,* contra.